IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |  |
|---|---|---|
| IN RE SPECTRUM BRANDS SECURITIES LITIGATION | ) ) ) ) ) ) | 19-cv-347-jdp |

ORDER APPROVING
PLAN OF ALLOCATION OF NET SETTLEMENT FUND

This matter came on for hearing on March 18, 2022 on Lead Plaintiffs' motion to approve the proposed plan of allocation of the net settlement fund created under the settlement in this case. The court having considered all matters submitted to it at the settlement hearing and otherwise; and it appearing that notice of the settlement hearing (which included a summary of the settlement as well as the full text of the proposed plan of allocation) substantially in the form approved by the court was mailed to all Spectrum class members who or which could be identified with reasonable effort, and that a summary notice of the hearing substantially in the form approved by the court was published in *Investor's Business Daily* and released over *PR Newswire* pursuant to the specifications of the court; and the court having considered and determined the fairness and reasonableness of the proposed plan of allocation,

IT IS ORDERED THAT:

1. This order approving the proposed plan of allocation incorporates by reference the definitions in the Stipulation and Agreement of Settlement dated August 27, 2021 (dkt. 96-1) and all terms not otherwise defined herein shall have the same meanings as set forth in the stipulation.

2. The court has jurisdiction to enter this order approving the proposed plan of allocation, and over the subject matter of the action and all parties to the action, including all Spectrum class members.

3. Notice of lead plaintiffs' motion for approval of the proposed plan of allocation was given to all Spectrum class members who or which could be identified with reasonable effort. The form and method of notifying the Spectrum Class of the motion for approval of the proposed plan of allocation satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure, the Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4), due process, and all other applicable law and rules, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons and entities entitled thereto.

4. Copies of the notice, which included the plan of allocation, were mailed to over 90,500 potential Spectrum class members and nominees, and no objections to the plan of allocation have been received.

5. The court concludes that the formula for the calculation of the claims of claimants as set forth in the plan of allocation mailed to Spectrum class members provides a fair and reasonable basis upon which to allocate the proceeds of the net settlement fund among Spectrum class members with due consideration having been given to administrative convenience and necessity.

6. The court concludes that the plan of allocation is fair and reasonable to the Spectrum class. Accordingly, the court approves the plan of allocation proposed by lead plaintiffs.

7. Any appeal or any challenge affecting this order approving the plan of allocation shall in no way disturb or affect the finality of the Judgment.

Entered _MARCH 21_, 2022.

BY THE COURT:

_____
JAMES D. PETERSON
District Judge