IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IN RE SPECTRUM BRANDS SECURITIES LITIGATION )))))) 19-cv-347-jdp

## ORDER AWARDING ATTORNEY FEES AND LITIGATION EXPENSES

This matter came on for hearing on March 18, 2022 on lead counsel's motion for an award of attorney fees and litigation expenses. The court having considered all matters submitted to it at the settlement hearing and otherwise; and it appearing that notice of the settlement hearing substantially in the form approved by the court was mailed to all Spectrum class members who or which could be identified with reasonable effort, and that a summary notice of the hearing substantially in the form approved by the court was published in *Investor's Business Daily* and released over the *PR Newswire* pursuant to the specifications of the court; and the court having considered and determined the fairness and reasonableness of the award of attorney fees and litigation expenses requested,

IT IS ORDERED THAT:

1. This order incorporates by reference the definitions in the Stipulation and Agreement of Settlement dated August 27, 2021 (dkt. 96-1) and all terms not otherwise defined herein shall have the same meanings as set forth in the stipulation.

2. The court has jurisdiction to enter this order and over the subject matter of the action and all parties to the action, including all Spectrum class members.

3. Plaintiffs' counsel are awarded attorney fees in the amount of $4,700,000 (plus interest thereon at the same rate as earned by the settlement fund), which is approximately 15% of the settlement fund net of litigation expenses and estimated notice and administration costs. The fee is a reasonable percentage of the damages to be paid to the class and it is comparable to fees awarded in other cases. Lead counsel shall allocate the attorney fees awarded amongst plaintiffs' counsel in a manner which it, in good faith, believes reflects the contributions of such counsel to the institution, prosecution, and settlement of the action. Attorney fees shall be paid from the settlement fund.

4. Plaintiffs' counsel are awarded $245,438.56 in payment of their litigation expenses, which the court finds to be reasonable. Litigation expenses shall be paid from the settlement fund.

5. Lead Plaintiff Public School Teachers' Pension and Retirement Fund of Chicago is awarded $7,706.95 from the settlement fund as reimbursement for its reasonable costs and expenses directly related to its representation of the Spectrum class.

6. Lead Plaintiff Cambridge Retirement System is awarded $7,965.60 from the settlement fund as reimbursement for its reasonable costs and expenses directly related to its representation of the Spectrum class.

7. Any appeal or any challenge affecting this court's approval regarding any attorneys' fees and expense application shall in no way disturb or affect the finality of the Judgment.

8. Exclusive jurisdiction is retained over the parties and the Spectrum class members for all matters relating to this action, including the administration, interpretation, effectuation or enforcement of the stipulation and this order.

9. In the event that the settlement is terminated or the effective date of the settlement otherwise fails to occur, this order shall be rendered null and void to the extent provided by the Stipulation.

Entered March 21, 2022.

BY THE COURT:

JAMES D. PETERSON
District Judge